UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| VICTOR DEPONCEAU, | ) | CASE NO. 4:08 CV 001 |
| | ) | |
| Petitioner, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER OF DISMISSAL</u> |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On January 2, 2008, petitioner <u>pro se</u> Victor DePonceau filed this action for habeas corpus under 28 U.S.C. § 2241. While the petition is certainly unclear, DePonceau appears to be seeking to challenge various criminal proceedings from the state of New York.

As a threshold matter, the petition does not set forth any intelligible bases which might entitle DePonceau to relief. Further, the court notes that he has been transferred to the Monroe County Jail in Rochester, New York. Any habeas action concerning New York criminal proceedings should be filed in that state.

Accordingly, this action is dismissed without prejudice pursuant to 28 U.S.C. § 2243. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be

taken in good faith.

        IT IS SO ORDERED.

                      /s/SOLOMON OLIVER, JR.
                      UNITED STATES DISTRICT JUDGE